IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

APRIL D. NORTH o/b/o
D.R.R.                                                          PLAINTIFF

v.                              CIVIL NO. 09-2112

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## O R D E R

Plaintiff has submitted a complaint o/b/o/ D.R.R., a minor child, for filing in this district,

together with a request for leave to proceed *in forma pauperis*.  After review, it is found that

plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following

order is entered this 15th day of September 2009:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted.  The clerk is hereby directed to file the complaint *nunc pro tunc* as of September 14,

2009.  Additionally, the court hereby directs that a copy of the complaint filed herein, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H.

Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without

prepayment of fees and costs or security therefor.  The defendant is ordered to answer within

sixty (60) days from the date of service.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 1 6 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)